**FILED**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

APR 2 2 2024

## UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

14th Division

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Case No. 24 CV - 1 8 4 CVE - SH

*(to be filled in by the Clerk's Office)*

Aaron J. Livingston, Clarke, Gtwo(OBA)

#### Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Patrick Weigant, Public Defenders Office, City of Tulsa

#### Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

✓ Mail    ___ No Cert Svc    ___ No Orig Sign
___ C/J    ___ C/MJ    ___ C/Ret'd    ___ No Env
___ No Cpy's    ✗ No Env/Cpy's    ___ O/J    ___ O/MJ

3 summons, ifp

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.     The Parties to This Complaint

     A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Aaron J. Livingston Clarke |
| All other names by which you have been known: | Gtwo (DBA) GoD Touches World Order |
| ID Number | 1167097 |
| Current Institution | David L. Moss Justice Center |
| Address | 300 N. Denver Ave. |
| | Tulsa     OK     74103 |
| | *City*     *State*     *Zip Code* |

     B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Patrick Weigant |
| Job or Title *(if known)* | Public Defender |
| Shield Number | |
| Employer | Public Defender's Office (Tulsa) |
| Address | 500 S. Denver Ave. |
| | Tulsa     OK     74103 |
| | *City*     *State*     *Zip Code* |

[X] Individual capacity     [X] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Public Defender's Office |
| Job or Title *(if known)* | Public Defender's Office |
| Shield Number | |
| Employer | State of Oklahoma |
| Address | 500 S. Denver Ave. |
| | Tulsa     OK     74103 |
| | *City*     *State*     *Zip Code* |

[X] Individual capacity     [X] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

    Name              City of Tulsa

    Job or Title *(if known)*    The City

    Shield Number

    Employer         State of Oklahoma

    Address          175 E. 2nd Street, Suite 685

                    Tulsa         OK       74103

                    *City*           *State*       *Zip Code*

            ☒ Individual capacity     ☒ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

                    *City*           *State*       *Zip Code*

            ☐ Individual capacity     ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.     Are you bringing suit against *(check all that apply)*:

            ☐ Federal officials (a *Bivens* claim)

            ☒ State or local officials (a § 1983 claim)

    B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        1. Deprivation of Sixth Amendment, effective assistance of counsel

        2. Deprivation of the examination of accusors

        3. Legal Malpractice

        4. Cruel and unusal Punishment, 5. Deprivation of Due Process of the law    (See Atta

    C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

See Attachment 3 & 4

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

See Attachment 3 & 4

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

See Attachment 5 + 6

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attachment 7 + 8

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See. Attachment 8

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See Attachment 9

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII.    **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.      Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

__David L. Moss Justice Center__

B.      Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.      Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[X] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[ ] No

E.  If you did file a grievance:

1.  Where did you file the grievance?

At David L. Moss Justice center on the Kiosk, under inquiries for Public Defender where it states grievance.

2.  What did you claim in your grievance?

Claimed ineffective assistance of counsel, claims requesting motions be file, Claims requesting a competent lawyer who will ensure a fair and impartial trial.

3.  What was the result, if any?

No result, deprivation of redress of grievance, no reponse.

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

There is no appeal process due to no answer to the grievance, Plaintiff reached out to the bar association whom stated it was the judges duty, in which such judges is immune from civil suites, in which omission had occurred allowing the infringment of fundamental freedoms.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

  1.   If there are any reasons why you did not file a grievance, state them here:

  _____ N/A _____

  2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

  _____ N/A _____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Plaintiff filed over 20 grievances in which none was responded to.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    N|A

Defendant(s)    N|A

2.    Court *(if federal court, name the district; if state court, name the county and State)*

N|A

3.    Docket or index number

N|A

4.    Name of Judge assigned to your case

N|A

5.    Approximate date of filing lawsuit

N|A

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.    N|A

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N|A

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    Aaron J. Livingston Clarke Gtwo

Defendant(s)    City of Tulsa, Vic Regalado, Tulsa County Sheriff's Office, David L. Moss

2.    Court *(if federal court, name the district; if state court, name the county and State)*

Northern District

3.    Docket or index number

4:2024CV00142

4.    Name of Judge assigned to your case

John D Russel

5.    Approximate date of filing lawsuit

April 1, 2024

6.    Is the case still pending?

☒ Yes

☐ No

If no, give the approximate date of disposition

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney.**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4/15/2024

Signature of Plaintiff    *Aaron J. Livingston Clarke*

Printed Name of Plaintiff    Aaron J. Livingston clarke

Prison Identification #    1167097

Prison Address    300 N. Denver Ave.

Tulsa                    OK        74103

             City                    State        Zip Code

B.    **For Attorneys**

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

             City                    State        Zip Code

Telephone Number    _____

E-mail Address    _____

Attachment 1

II    B.)

    6. Defamation

    7. Deprivation of equal protection of the law

    8. Deprivation of Access to Justice

    9. Deprivation of Equity

    10. Deprivation of redress of grievance

D.) The Public Defenders Office acted under statutes, ordinances, regulations, and constitutions in joint activity with the state or it's agent's, in usage of the city of Tulsa and the state of oklahoma while depriving the plaintiff(s) constitutional rights to redress of grievance, Access to justice, equal protection of the Law, Procedural due process of the Law, Due process of Law, depriving the plaintiff effective assistance of counsel, when they failed to to respond to the many grievances the plaintiff filed to the Public Defenders Office against Patrick Weigant, which is Cruel & Unusal Punishment.

Patrick Weigant Willfully participated in joint activity with the State or it's agent's, appearing as if his actions were allowed or required by law while under state statutes, ordinances, regulations, and constitutions, depriving the plaintiff of Equity, equal protection of the Law, Access to Justice, Defamation by Slandering the plaintiff. A Legal Malpractice through Patrick Weigant's incompetence of the plaintiff(s) rights, where, as, it was a lawyer-client relationship where Patrick weigant was dishonest with the plaintiff, disregarding equity and good faith. The plaintiff(s) argument wasn't frivolous, but well grounded in the facts and in the law, Patrick weigant deprived the plaintiff of due process of the law, and equal protection of the law.

Attachment 2

II D.)

Patrick Weigant slandered the plaintiff by calling the plaintiff names, stating the plaintiff was guilty and stupid.

Patrick Weigant would refuse to answer questions of the plaintiff by raising his voice with the plaintiff, making it difficult for plaintiff to work with him.

Patrick Weigant refused to file relevant pretrial motions requested by the plaintiff. Patrick Weigant also unlawfully obstructed the plaintiff access to evidence, in which the plaintiff requested particularly on several occasions, which is the abuse of discovery.

Patrick Weigant stated before prelim that it was border line, stating it was 19 grams when he wanted the plaintiff to sign for time serve, when the plaintiff remained innocent, he changed his words about the 19 grams stating it could have been. Patrick Weigant was also dishonest about the evidence tampering that had occured, stating "OSBI had to remove thing from the bag that fell in from your pocket," suggesting that the bag was torn in the plaintiff(s) pocket, which is contrary to the sworn reports of officers whom several times gave allege evidence discription before OSBI's discription of evidence.

Patrick Weigant also committed pegury when the judge asked why he hadn't answered the plaintiff request, he stated he doesn't speak to his clients when a competency is being determined. The plaintiff started requesting for Patrick Weigant in June of 2023, and the competency APP. was July 27, 2023.

Attachment 3

II D.)

The city of Tulsa acted under statutes, ordinances, regulations, and constitutions in joint activity with the state, or it's agent's, while such state or it's agent's deprived the rights, privileges, and immunities secured by the constitution.

IV

4 & B    Statement of Claim

On 7/11/2023 the plaintiff requested Patrick Weigant bring T.R.A.C.I.S. report before preliminary hearing. Before preliminary hearing Patrick Weigant came to see the plaintiff at the jail (David L. Moss), Patrick Weigant tried to get the plaintiff to sign for time serve, trying to trick the plaintiff, stating "it's only 19 gram and to sign for the breach of the peace". When plaintiff told Patrick Weigant he was innocent and it was a false arrest, and that his freedom of speech had been infringed upon, he started raising his voice, shouting at the plaintiff whom has P.T.S.D., calling the plaintiff stupid, stating the plaintiff was guilty, stating the plaintiff had no rights, by stating it doesn't work like that.

On 7/14/2023 at Prelim, Patrick Weigant was incompetent, arguing with the plaintiff about questions to ask, the plaintiff could not ask relevant question due to the discovery abuse by Patrick Weigant, for the T.R.A.C.I.S. report was not provided. Patrick Weigant told the plaintiff to look at the report on his laptop which was impossible, due to the plaintiff being in full restraints. Patrick Weigant allowed the witnesses to

Attachment 4

IV

A + B    walk off the stand without being cross-examined by the plaintiff. Patrick weigant never had good faith in the plaintiff, so it was never a motion to dismiss submitted before prelim. Patrick weigant requested dismiss at prelim that was denied due to not being filed. Patrick weigant again called the plaintiff stupid, arguing, and call the plaintiff guilty in preliminary hearing.

Patrick weigant has been to the jail a couple of times to see the plaintiff, always acting the same way, unmotivated, not willing to hear the plaintiff, or work with him calling him stupid, and being loud and disrespectful to the plaintiff. Incompetent of the plaintiff(s) rights, arguing stating it doesn't work like that when plaintiff states his rights. Patrick weigant has lied to the plaintiff also to the court regarding the Plaintiff. Patrick weigant has never filed relevant motions, in which the plaintiff requested that was well grounded in facts and the law. Patrick weigant finally brought T.R.A.C.I.S. reports after 1/23/2024 when the plaintiff became pro se, when he brought the reports plaintiff asked questions about evidence discription, he lied stating they had to remove things out the bag that fell out the plaintiff(s) pocket. Patrick weigant has not stood on equity and good faith in dealing with the plaintiff.

These events arose inside and out of an institution by the Public Defender representing the Public Defenders office, and the city of Tulsa.

Attachment 5

IV. C

The Public Defender's office refused to respond to the grievance filed by the plaintiff dealing with Patrick Weigant. The Plaintiff filed countless of grievance, in which none was never answered. On 6/28/2023 plaintiff requested by kiosk typing motions for bond and pretrial release. On 7/7/2023 Plaintiff requested a speedy trial. On 7/11/2023, and 7/14/2023 Plaintiff requested T.R.A.C.I.S. reports. On 8/28/2023 plaintiff again requested speedy trial motion. On 9/4 + 9/25/2023 plaintiff requested pretrial release motion. On 10/22/2023 plaintiff filed grievance on lawyer-client conflict of interest. On 10/27/2023 plaintiff Grievance of no representation lawyer-client conflict of interest. On 11/13/2023 plaintiff grievance on lawyer-client conflict of interest. On 12/03/2023 plaintiff grievance for no pretrial release motion. On 12/12/2023 Plaintiff grievance for effective assistance of counsel, and his sixth amendment rights.

On 1/04/2024 Grievance of ineffective assistance of counsel, requesting for an attorney whom respects constitutional rights. On 1/04/2024, Grievance of plaintiff begging for effective assistance of counsel.

The Public Defenders office and Patrick Weigant deprived the plaintiff of rights, forcing the plaintiff to become pro se, when the plaintiff wanted, and wants a lawyer to represent him assured by the plaintiff(s) sixth amendment fundamental rights.

Attachment 6

IV C

Around 6/21/2023 was the first meeting with Patrick Weigant, in which he denied the plaintiff(s) constitutional rights, at times arguing with the plaintiff, slandering the plaintiff because the plaintiff stated his constitutional rights, slandering the plaintiff, telling the plaintiff he was stupid, and guilty.

On 7/14/2023, Patrick weigant again slandered the plaintiff in preliminary hearing, disrespecting the plaintiff. Depriving the plaintiff his rights by not providing T.R.A.C.I.S. reports at prelim, and neglecting the plaintiff rights to cross-examine the witnesses.

Before 1/23/2024 Patrick Weigant went to see the plaintiff a couple of times, depriving the plaintiff his rights by suggesting it doesn't work like that, when plaintiff would make known his constitutional rights that were being infringed. Patrick weigant didn't care what the plaintiff his client had to say, by his words and actions.

Around 2/8/2023 Patrick Weigant brought the plaintiff the T.R.A.C.I.S. report, then was dishonest about how the evidence was tampered, stating it was the plaintiff(s) fault, contrary to the evidence discription of officers.

On 6/28/2023, 7/07/2023, 7/11/2023, 7/14/2023, 8/28/2023, 9/4 & 9/25/2023, 10/22/2023, 10/27/2023, 11/13/2023, 12/03/2023, 12/12/2023, 1/04/2024, and more, the plaintiff filed requests and grievance to Patrick Weigant and the Public Defender's Office before any competency app was filed, and no responds was ever made to the plaintiff whom was found competent.

Attachment 7

## IV D.)

A Legal Malpractice has occurred that has deprived the plaintiff of access to justice, deprivation of his fundamental rights to effective asstistance of counselt deprivation of the right to cross-examine your accusors. The legal Malpractice has deprived the plaintiff of due process of law, where, as, the plaintiff has had to become pro se. The plaintiff has been deprived equity and equal protection of the laws. Also the plaintiff has been defamed by Patrick Weigant his once lawyer whom slandered him, claiming he is guilty. Patrick weigant has displayed such legal malpractice, showing incompetence of his client the plaintiff(s) fundamental constitutional rights, privileges, and immunities secured by the constitution and federal laws, where, as, Patrick weigant willfully participated in joint activity with the State or it's agent's, appearing as if his actions were allowed or required by the law. Incompetent of the plaintiffs rights, and incompentent of the law, in which he couldn't provide the standard legal service required by law. This was cruel and unusal punishment to deny the plaintiff needed effective assistance of counsel. The Public Defender's Office deprived the plaintif due process of law, and equal protection of the law, when it failed to respond to the many grievances filed. Depriving the plaintiff of access to justice, and redress of grievance when it failed to respond to the many grievances of the plaintiff, in which was their duty to respond. This was cruel and unusal punishment to deny the plaintiff rights of redress of grievance.

IV D.)

The Public Defender's Office, the city of Tulsa, and Patrick Weigant willfully participated in joint activity with the state or it's agent's, and each other, under state statutes, ordinances, regulations, and constitutions appearing as if their actions were allowed or required by law.

V

Injuries: The plaintiff has been injured in his case, where, as, he was forced to represent himself due to his rights to petition, or redress of grievance going unheard. The plaintiff has been hurt by the lack of effective assistance that was his right to obtain. The plaintiff also has suffered emotional distress due to the abusiveness of Patrick Weigant, raising his voice at the plaintiff whom suffers from P.t.S.D.. The plaintiff has also been hurt due to the deprivation of equity, in which he has lost hope in the judicial system.
The plaintiff has also suffered emotional distress and torture due to the stress of having to learn the laws, and file his own motions, in which his sixth amendment is suppose to provide through effective assistance of counsel.

The plaintiff has not obtained any such treatment of his many injuries.

Attachment 9

VI    Relief

The Plaintiff believes he is entitled to effective assistance of counsel, in which the plaintiff desires his sixth amendment fundamental rights to be upheld. The plaintiff believes he's entitled to a lawyer whom is competent of his constitutional rights, having the standard of service to provide, that will ensure the plaintiff equity and good faith.

The plaintiff believes he is entitled to 20 million dollars in punitive damage from the Public Defenders office and the city of Tulsa for neglecting the plaintiff when Patrick Weigant had displayed negligence, depriving the plaintiff of equal protection, access to justice, and redress of a grievance.

The plaintiff believes he is entitled to 5 million dollars in actual damage due to the neglect of the plaintiff(s) fundamental constitutional rights that was infringed due to the city of Tulsa, and the Public Defenders Office failure of duty that resulted the injuries to the plaintiff.

The plaintiff believes he is entitled to 200,000 dollars in actual damage, and 200,000 in punitive damage from Patrick Weigant for his negligence, in which a legal malpractice had occurred due to Patrick Weigant's behavior, in which equity and good faith was neglected, as well as the professional code, where, as, Patrick Weigant under color of state law cause injuries to the plaintiff due to his incompetance & negligence under state law.

Case 4:24-cv-00184-CVE-SH    Document 1 Filed in USDC ND/OK on 04/22/24    Page 21 of 21

Aaron J. Livingston #1167097
300 N. Denver Ave.
Tulsa, OK 74103

Postmarked 4/17/2024

An

neopost
04/17/2024
US POSTAGE $005.70⁰

GROUND ADV

ZIP 74103
041L12205338

USPS

RECEIVED

APR 2 2 2024

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Mark McCartt
Clerk of Court
333 W. 4th Street.
Room 411
Tulsa, OK 74103

